# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Brian Scott Gerlach** | **Chapter:** | 13 |
| **Debtor 1** | **Case No.:** | **1:25-bk-00913-HWV** |
| **Lauren RB Gerlach** | | |
| *aka* **Lauren Rebecca Gerlach** | | |
| *fka* **Lauren R Slaugh** | | |
| **Debtor 2** | | |
| **MCLP Asset Company, Inc.** | **Document No.:** | 43 |
| **vs.** **Movant(s)** | **Nature of Proceeding:** | **Motion for Relief from Stay** |
| **Brian Scott Gerlach** | | |
| **Lauren RB Gerlach** | | |
| **Jack N. Zaharopoulos, Trustee** | | |
| **Respondent(s)** | | |

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by MCLP Asset Company, Inc., Doc. 43, and the Court's February 23, 2026 Order directing the parties to file either a stipulation or request to relist matter, Doc. 51, and it appearing that neither has been filed, it is

**ORDERED** that the Motion is **DISMISSED** without prejudice.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 26, 2026