# Notice Recipients

District/Off: 0314–1          User: AutoDocketer          Date Created: 3/26/2026
Case: 1:25–bk–00913–HWV          Form ID: pdf010          Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Gary J Imblum          gary.imblum@imblumlaw.com

TOTAL: 1