# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Brian Scott Gerlach**
**aka Brian S Gerlach**

          **Debtor 1**

**Lauren RB Gerlach**
**aka Lauren Rebecca Gerlach**
**fka Lauren R Slaugh**

          **Debtor 2**

**Jack N Zaharopoulos**
**Chapter 13 Trustee**
     vs.

          **Movant(s)**

**Brian Scott Gerlach**
**aka Brian S Gerlach**
**Lauren RB Gerlach**
**aka Lauren Rebecca Gerlach**
**fka Lauren R Slaugh**

          **Respondent(s)**

**Chapter:** 13

**Case No.:** 1:25-bk-00913-HWV

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 54, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal

of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 23, 2026