# Notice Recipients

District/Off: 0314–1          User: AutoDocketer          Date Created: 4/23/2026

Case: 1:25–bk–00913–HWV          Form ID: pdf010          Total: 42

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| tr | Jack N Zaharopoulos | info@pamd13trustee.com |
| aty | Gary J Imblum | gary.imblum@imblumlaw.com |
| aty | Joshua I Goldman | josh.goldman@padgettlawgroup.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Brian Scott Gerlach | 101 McAllister Street          Hanover, PA 17331 |
| jdb | Lauren RB Gerlach | 101 McAllister Street          Hanover, PA 17331 |
| cr | MCLP Asset Company, Inc. | 6267 Old Water Oak Rd          Suite 203          Tallahassee, FL 33487 UNITED STATES |
| 5701322 | AmeriCollect, Inc. | PO Box 1690          Manitowoc, WI 54221 |
| 5701323 | Bureau of Account Management | 3607 Rosemont Avenue          Camp Hill, PA 17011 |
| 5701324 | Carroll Periodontics & Implant Dent | 531 Old Westminster Pike          Ste 100–101          Westminster, MD 21157 |
| 5701325 | Columbia Gas | 200 Civic Center Drive          Columbus, OH 43215 |
| 5701326 | Computer Credit, Inc. | PO Box 5238          Winston Salem, NC 27113 |
| 5701327 | Credit Collection Seervices | Attn: Bankruptcy          725 Canton Street          Norwood, MA 02062 |
| 5701328 | Deptednelnet | Po Box 82561          Lincoln, NE 68501 |
| 5701329 | EdFinancial Services | Attn: Claims          Po Box 36008          Knoxville, TN 37930 |
| 5701330 | Emergency Dpt Physicians Hanover | c/o Arcadia Recovery Bureau LLC          PO Box 6768          Reading, PA 19610 |
| 5701320 | Internal Revenue Service | PO Box 7346          Philadelphia, PA 19101–7346 |
| 5701331 | KML Law Group PC | 701 Market Street          Suite 5000          Philadelphia, PA 19106 |
| 5719510 | MCLP Asset Company, Inc. c/o | NewRez LLC dba Shellpoint Mortgage Servi          PO Box 10826          Greenville SC 29603–0826 |
| 5701321 | PA Dept of Revenue | Attn: Bankruptcy Division          Dept 280946          Harrisburg, PA 17128–0946 |
| 5701332 | Penn State Health | 500 University Drive          Hershey, PA 17033 |
| 5701333 | Penn State Health | PO Box 770025          Pompano Beach, FL 33077–0025 |
| 5711209 | Penn State Health – Cerner | PO Box 829725          Philadelphia, PA 19182 |
| 5701334 | Penn State Hershey Medical Center | c/o Bureau of Account Management          PO Box 8875          Camp Hill, PA 17001 |
| 5701335 | Pinnacle Medical Services | c/o Bureau of Account Mgmt          PO Box 8875          Camp Hill, PA 17001 |
| 5701336 | Progressive | PO Box 7247–0311          Philadelphia, PA 19170 |
| 5701337 | Quantum Imaging & Therapeutic Assoc | PO Box 3190 Ste 100          Dublin, OH 43016 |
| 5701338 | Shellpoint | PO Box 51850          Livonia, MI 48151 |
| 5703095 | U.S. Department of Education c/o Nelnet | 121 S 13th Street          Lincoln, NE 68508 |
| 5701340 | UPMC Pinnacle | 300 Highland Avenue          Hanover, PA 17331–2297 |
| 5701339 | UPMC in Central PA | PO Box 2353          Harrisburg, PA 17105–2353 |
| 5705696 | US Department of Education | 120 N Seven Oaks Drive          Knoxville, TN 37922 |
| 5727321 | US Department of Education | PO Box 16448          Saint Paul, MN 55116–0448 |
| 5701341 | VRad | PO Box 120153          Grand Rapids, MI 49528–0103 |
| 5701345 | WellSpan York Hospital | c/o Revco Solutions          PO Box 163279          Columbus, OH 43216 |
| 5701346 | WellSpan/York Hospital | 1001 South George Street          York, PA 17403 |
| 5701342 | Wellspan Gettysburg Hospital | c/o Revco          PO Box 163279          Columbus, OH 43216–3279 |
| 5701343 | Wellspan Health | PO Box 15119          York, PA 17405–7119 |
| 5701344 | Wellspan Medical Group | 1803 Mt Rose Avenue          York, PA 17403–3051 |
| 5701347 | Wilmington Savings Fund Society FSB | 500 Delaware Avenue          Wilmington, DE 19801 |
| 5701348 | York Adams Tax Bureau | Post Office Box 15627          York, PA 17405 |
| 5701349 | York County Tax Claim Bureau | 28 East Market Street, Room 105          York, PA 17401 |

TOTAL: 38